```
                  UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
IN RE:                        )  NO: 23-40889
                              )  CHAPTER 13
Patricia Ruhmann,             )  Hearing Date: 6/8/2023
                              )  Hearing Time: 10:00 a.m.
              Debtor.         )  Courtroom:  7 South
```

<u>TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN</u>

Comes now Diana S. Daugherty, Standing Chapter 13 Trustee, and states as follows:

1. According to amended claim #1 of the IRS, Debtor did not file U.S. and State income tax returns for 2019, 2021 or 2022. [11 U.S.C. § 1325(a)(9); § 1308]

a) Debtor testified that she filed 2019, 2020, 2021 and 2022 U.S. and State income tax returns approximately a week prior to the 4/12/23 meeting of creditors.

b) The Trustee received copies of 2019, 2020, 2021 or 2022 U.S. and State income tax returns on 4/25/23.

2. The first amended plan is not feasible in that:

a) It will not pay priority claims in full.

b) Based on presently filed claims and scheduled debts, the base of the first amended plan is approximately $9,646 short of being feasible.

3. Debtor lacks sufficient income to fund the first amended plan.

a) Schedule I – Schedule J = $165.48/month.

b) Plan payment = $350.00/month over the final 52 months of the first amended plan.

**WHEREFORE**, the Trustee prays that the Court deny confirmation of Debtor's First Amended Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

Respectfully Submitted,

/s/ Joseph M. Wilson
Diana S. Daugherty
Chapter 13 Trustee
Joseph M. Wilson
FED#51849MO; MO#51849
Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court on the _16th_ day of May, 2023, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Trustee's Objection was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the _16th_ day of May, 2023:

Patricia Ruhmann
9811 Eastbrook Dr.
St. Louis, MO 63114

/s/ Joseph M. Wilson